■ In the Matter of the Claim of ALLAN R. FORD, Appellant. LOUIS L. LEVINE, as Industrial Commissioner, Respondent.—Appeal from a decision of the Unemployment Insurance Appeal Board, filed August 19, 1974, which affirmed a referee's decision sustaining the initial determination of the Industrial Commissioner that the claimant was ineligible to receive benefits for the period of October 1, 1973 through February 3, 1974 because he failed to comply with reporting requirements. It is not disputed as to the failure to properly file an original claim and the claimant's excuses presented issues of credibility for the board. Decision affirmed, without costs. Herlihy, P. J., Greenblott, Sweeney, Larkin and Reynolds, JJ., concur.

■ In the Matter of the Claim of JAY L. MAIER, Appellant. LOUIS L. LEVINE, as Industrial Commissioner, Respondent.—Appeal from a decision of the Unemployment Insurance Appeal Board, filed August 12, 1974, which disqualified claimant from benefits on the ground he lost his employment through misconduct. There is substantial evidence to justify the board's conclusion that claimant refused to obey a lawful order. This constituted misconduct (Matter of James [Levine], 34 NY2d 491). Decision affirmed, without costs. Herlihy, P. J., Greenblott, Sweeney, Larkin and Reynolds, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN A. SMITH, Appellant.—Appeal from a judgment of the County Court of Saratoga County, rendered January 20, 1975, convicting defendant upon his plea of guilty to the crime of assault in the second degree in full satisfaction of a multi-count indictment. The defendant contends that there was a violation of his constitutional rights because he was throughout the proceedings represented by three different assigned attorneys. However, he concedes that the differing assignments occurred because, in each instance, he was dissatisfied with preceding counsel. The record discloses no violation of his constitutional rights and his appeal has no merit. Judgment affirmed. Herlihy, P. J., Sweeney, Main, Larkin and Reynolds, JJ., concur.